UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:09-20470-CR-MARTINEZ-BROWN

UNITED STATES OF AMERICA,

vs.

EMMANUEL MAXIME, et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE BROWN'S REPORT AND RECOMMENDATION

    THE MATTER was referred to the Honorable Stephen T. Brown, United States Magistrate Judge for a Report and Recommendation on Defendant's Motion to Suppress In and Out of Court Identification (D.E. No. 130). Magistrate Judge Brown filed a Report and Recommendation (D.E. No. 178), recommending that Defendant's Motion to Suppress In and Out of Court Identification be denied. Defendant has filed objections. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge Brown's Report and Recommendation present and concludes that the Report and Recommendation should be affirmed.

    The threshold inquiry in determining the admissibility of an out-of-court identification is determining whether the identification procedure was unduly suggestive. *United States v. Diaz*, 248 F.3d 1065, 1102 (11th Cir. 2001). Defendant objects to the fact that Judge Brown issued his Report and Recommendation concluding that there was no evidence that the line-up was unduly suggestive without first conducting an evidentiary hearing. It appears, however, that Defendant wishes to use the evidentiary hearing to conduct discovery regarding the line-up. Rather than

assert a way in which the line-up was unduly suggestive, Defendant merely asserts that it is possible that one of the witnesses identified a feature not present in the collective witness description, which then, in turn, might have been used to create a line-up that was suggestive for unspecified reasons. This unsupported speculation is not sufficient to require an evidentiary hearing. Accordingly, it is

**ADJUDGED** that United States Magistrate Judge Brown's Report and Recommendation **(D.E. No. 178)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

Defendant's Motion to Suppress Evidence (D.E. No. 130) is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of June, 2010.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record
Magistrate Judge Brown