UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**Case Number: 09-20470-CR-MARTINEZ/BROWN**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

EMMANUEL MAXIME,

      Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant Emmanuel Maxime's Motion To Suppress Statement **(D.E.#132)**, filed May 3, 2010.

**THE MATTER** was referred to United States Magistrate Judge Stephen T. Brown, and accordingly, the Magistrate Judge conducted an evidentiary hearing on the motion on June 14, 2010. A Report and Recommendation (D.E.#191), filed on June 23, 2010, recommending that defendant's Motion to Suppress Statement be **Denied.**

The parties were afforded the opportunity to serve and file written objections within fourteen (14) days upon receipt of the Magistrate's Report and Recommendation, and record reveals that objections were not filed.  After a *de novo* review of the record and Magistrate Brown's  well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Stephen T. Brown's Report and Recommendation is hereby **Adopted and Approved** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __13__ day of July, 2010.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
U.S. Magistrate Judge Brown
All Counsel Of Record