CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE JOSE E. MARTINEZ

---

Case No. 09-20470　　　　　　Date 7-16-10
Clerk Clem Hammond　　　　　Reporter Dawn Whitmarsh
USPO _____　　　Interpreter _____
USPTS _____　　　In-Court Time _____

AUSA Anthony L Acosta
Def. Atty. Stuart Adelstein, Jen Smith

USA v. Carter, et al

Defendant(s): Present ____  Not Present ____  In Custody ✓
Reason for Hearing Motion to strike

Results of Hearing The Motion to Strike (D.E. 213) is GRANTED. In the alternative, the new arguments raised in the objections (D.E. 209, 211, 212) are DENIED.

　　The Report and Recommendation (DE 198) is affirmed and adopted except as regards to the minor errors enumerated at the conclusion of the hearing. The Motion to Suppress (DE 145) is DENIED.

Misc. _____